**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

|  |  |
|---|---|
| IN THE MATTER<br>OF<br>BEVERLY JO JONES | )<br>)<br>)    Misc. No. 09-1002<br>)<br>) |

**ORDER**

On January 31, 2007, United States District Judge Charles R. Butler, Jr., issued an order prohibiting Ms. Jones "from filing any new actions without prior review and approval by the Court."[1]

The undersigned has reviewed plaintiff's recent filing which she labels as "Notice of Removal". The basis of Ms. Jones' latest effort to litigate in this court stems from her lack of success in filing certain complaints in state court, where her pleadings were either denied or turned away, and her efforts to "remove" these complaints to federal court. She attaches as exhibits to her motion (among other documents) two "complaints" - which have a cover sheet indicating that they are a civil complaint and a misdemeanor (criminal) complaint to "file or remove" per 1st Amendment rights denied and equal protection of the law." The "civil" complaint is labeled as a "complaint to correct errors in uniform accident report" concerning an accident that happened in 1994. The misdemeanor complaint seeks to have attorney Jerry Pilgrim charged with the Alabama state misdemeanor offense of "staking", in violation of Code of Alabama ,Section 3-3-1.[2]

---

[1] The order was entered in Civil Action No. 03-765-CB, styled <u>Beverly Jo Jones v. State of Alabama</u>.

[2] The "staking" violation pertains to those who illegally "stake" farm animals to graze on the state's highway rights-of-way. As explained by Ms. Jones in her complaint, "(t)he reason

The Court finds that, despite the cover sheet labeling the complaints as alleging Constitutional violations, neither complaint states a basis for federal jurisdiction.  In accord with Judge Butler's Order, they are, therefore, not accepted for filing in this Court.

The Clerk of Court is **DIRECTED** to retain a copy of her documents, and to return the originals to Ms. Jones along with a copy of this Order.

**DONE** and **ORDERED** this 27th day of January, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE

---

Mr. Pilgrim can be considered staking me is because of my published poem in the local press, Fall of 1999, that reveals my nickname was "Filly" (a female colt,) , acquired by classmates in 5th grade. The poem has international flavor, being in honor of the birthday of Prince Charles, Queen Elizabeth's Prince of Wales son.  In that I have been forcibly detained in using bicycles and standing for hours aside of streets or walking on highways to and from where I temporarily live in Saraland at relatives, this staking charge becomes more substantial."